Submitted on record and briefs November 3, 2006, reversed January 3, 2007

In the Matter of D. B. T.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

D. B. T.,
*Appellant.*

0507-67673; A129713

150 P3d 1070

Lance D. Perdue filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Brendan C. Dunn, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Wollheim, Judge, and Linder, Judge pro tempore.

PER CURIAM

## PER CURIAM

In this mental commitment case, appellant contends that the evidence in the record is insufficient to establish that, because of a mental disorder, he is presently a danger to himself or others or is unable to provide for his basic personal needs. ORS 426.130. The state concedes that the evidence does not establish the grounds for the order of commitment that was entered in this case. On *de novo* review, we agree and accept the concession.

Reversed.